IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WALTER M. NICHOLS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 08-0616-KD-M |
| | ) |
| SECURITY ENGINEERS, INC., | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT

Pursuant to the order granting summary judgment in favor of the defendant Security Engineers, Inc., entered contemporaneously herewith, it is **ORDERED, ADJUDGED**, and **DECREED** that the claims of plaintiff Walter M. Nichols against defendant Security Engineers, Inc., are hereby **DISMISSED with PREJUDICE**.

**DONE** and **ORDERED** this 6th day of November, 2009.

                                            **s/ Kristi K. DuBose**
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**